Núm. 8635.—Rodríguez, apldo. *v.* Arocho, aplte.—C. D. Arecibo. Nulidad y otros extremos. Enero 25, 1943.

(Por la Corte, a propuesta del Juez Asociado Sr. De Jesús.)

Por cuanto, con fecha 12 de septiembre de 1941 el demandado interpuso el presente recurso;

Por cuanto, el demandado apelante ha venido solicitando prórrogas en la corte sentenciadora para que el taquígrafo proceda a transcribir el récord, sin que hasta la fecha, y no obstante haber transcurrido cerca de año y medio desde la interposición del recurso, el récord en apelación haya sido archivado en este Tribunal;

Por cuanto, el demandante apelado presentó una moción solicitando que se desestime el recurso por falta de diligencia en su prosecución, basándose en lo dispuesto en el artículo 59 del Reglamento de este Tribunal al efecto de que expirado el término de noventa

días desde la fecha en que se presentare el escrito de apelación y no obstante las prórrogas concedidas por el tribunal inferior, esta corte, a discreción, podrá desestimar una apelación que no haya sido anteriormente registrada en este tribunal, mediante moción presentada al efecto, si se probare satisfactoriamente que el apelante no ha proseguido su apelación con la diligencia debida o de buena fe, o que tal apelación es frívola;

Por cuanto, dicha moción fué debidamente notificada a la parte apelante, y notificádole también el señalamiento de la vista de la misma para ante esta Corte tampoco compareció el apelante a mostrar razones por las cuales, no obstante el tiempo transcurrido, no debería desestimarse su recurso;

Por cuanto, por lo que resulta de la moción de desestimación, que está debidamente jurada, y de la certificación del secretario de la corte inferior que se acompaña, ha quedado satisfactoriamente probado que el apelante no ha proseguido su apelación con la diligencia debida.

Por tanto, se declara con lugar la moción del apelado y en su consecuencia se desestima el recurso por falta de diligencia.